# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICHARD J. LAGUNA,

                                    Plaintiff,                       19 **CIVIL** 6275 (PAE) (DCF)

                          -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                                  Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 23, 2021, Laguna's motion to remand for further proceedings is granted, and the Commissioner's cross-motion for judgment on the pleadings is denied; accordingly, this case is closed.

**Dated:**  New York, New York
         March 24, 2021

                                                                  **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                    **BY:**

                                                                         **Deputy Clerk**